UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHADD STEELE, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) )   CASE NO. 3:23-cv-00152-MPB-CSW |
| RESTORATION BUILDERS, INC. f/k/a ELBERT CONSTRUCTION, LLC, | ) ) ) ) |
|    Defendant. | ) |

**ORDER ON JOINT STIPULATION OF DISMISSAL**

The Court, having considered the Joint Stipulation of Dismissal with Prejudice submitted by the parties to this action, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, each party to bear his/its own costs, including attorneys' fees.

SO ORDERED.

Dated: January 23, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.